RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com
STEPHEN D. STEELE
Nevada Bar No. 013965
ssteele@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

*Attorneys for Defendants,*
*Scott Streit and Computer Science Innovations*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOYCE STREIT, an individual, GERALD STREIT, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> SCOTT STREIT, an individual, COMPUTER SCIENCE INNOVATIONS, a Texas Limited Liability Corporation, DOES I through X inclusive, and ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendants. | CASE NO.: 2:15-cv-02333-RFB-GWF <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between the Plaintiffs, JOYCE STREIT and GERALD STREIT, by and through their attorneys of record, Robert C. Graham, Esq. and Olesya Sidorkina, Esq. of Lawyers | West, and Defendants, SCOTT STREIT and COMPUTER SCIENCE INNOVATIONS, by and through their attorneys of record, Riley A. Clayton, Esq. and Stephen D. Steele, Esq. of Hall Jaffe &

/ / /

/ / /

/ / /

/ / /

/ / /

Clayton, LLP, that the parties have entered into a Settlement Agreement and that this matter be dismissed **with prejudice**, each party to bear their own costs and attorneys' fees.  Each party will take responsibility for retaining a copy of the Settlement Agreement.

DATED  this 31st day of May, 2016.

HALL JAFFE & CLAYTON, LLP

By  /s/ Stephen D. Steele
RILEY A. CLAYTON, ESQ.
Nevada Bar No. 005260
STEPHEN D. STEELE, ESQ.
Nevada Bar No. 013965
7425 Peak Drive
Las Vegas, NV 89128
*Attorneys for Defendants,*
*Scott Streit and Computer Science*
*Innovations*

LAWYERS | WEST

By  /s/ Olesya Sidorkina
ROBERT C. GRAHAM, ESQ.
Nevada Bar No. 004618
OLESYA SIDORKINA, ESQ.
Nevada Bar No. 013759
10000 West Charleston Boulevard
Howard Hughes Plaza, Suite 140
Las Vegas, NV 89135
*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED:

DATED this  7th day of June, 2016.               .

_____
RICHARD F. BOULWARE, II
United States District Judge